PROB 12C
(7/93)

Report Date: August 28, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 28 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: David B. Blocker  Case Number: 0980 2:06CR00118-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: January 22, 2008

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924; Possession of Unregistered Firearm, 26 U.S.C. § 5861(d) |
| Original Sentence: | Prison 74 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III |
| Date Supervision Commenced: | March 19, 2013 |
| Defense Attorney: | Amy Rubin |
| Date Supervision Expires: | March 18, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On August 27 and 28, 2013, the U.S. Probation Office received information that David Blocker had made threats to harm individuals in the Spokane area. Further, it was reported that he was armed with a handgun and using drugs.

On August 28, 2013, the undersigned officer contacted Mr. Blocker at his residence, and questioned him regarding any threats he had made. He advised that during the break up with his girlfriend, he probably made statements that he would regret. During the contact, Mr. Blocker admitted to consuming methamphetamine and cocaine. Also, the undersigned officer located and seized a Glock replica semiautomatic handgun that was in Mr. Blocker's pant pocket.

2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

Prob12C
Re: Blocker, David B
August 28, 2013
Page 2

**Supporting Evidence**: On August 28, 2013, Mr. Blocker admitted to the undersigned officer that he has been consuming methamphetamine and cocaine.

3     **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Supporting Evidence**: On August 28, 2013, Mr. Blocker was found in possession of a Glock replica semiautomatic handgun. It was later determined to be an air-powered gun. Base on the realistic appearance, and the ability of said gun to cause harm, it was determined by the undersigned officer to be a dangerous weapon and was seized.

4     **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** David Blocker failed to report for urinalysis testing as scheduled on August 21 and August 27, 2013.

5     **Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence:** David Blocker failed to attend substance abuse treatment on August 26 and 27, 2013, as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/28/2013

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
Re: Blocker, David B
August 28, 2013
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/28/13
Date