PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: David B Blocker | Case Number: 0980 2:06CR00118-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: January 22, 2008 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924; Possession of Unregistered Firearm, 26 U.S.C. § 5861(d) | Date Supervision Commenced: March 19, 2013 |
| Original Sentence: Prison - 74 M; TSR - 36 M | Date Supervision Expires: March 18, 2016 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Blocker does not have an approved residence to release to upon completion of inpatient treatment. Subsequently, the undersigned officer is requesting placement at a Residential Reentry Center (RRC) until the offender can secure an approved residence to release to. Placement at an RRC will also allow David Blocker to continue with substance abuse treatment, and secure employment.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   | by | s/Richard Law |
|   |   | Richard Law<br>U.S. Probation Officer<br>Date: September 20, 2013 |

Prob 12B
**Re: Blocker, David B**
**September 20, 2013**
**Page 2**

THE COURT ORDERS

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[ x ]     The Modification of Conditions as Noted Above
[ ]     Other

    s/Fred Van Sickle
Signature of Judicial Officer

    September 23, 2013
Date