PROB 12C  
(7/93)

Report Date: January 10, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David B. Blocker          Case Number: 0980 2:06CR00118-001

Address of Offender:  ▮▮▮▮  Spokane, Washington

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 22, 2008

Original Offense:  Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924; Possession of Unregistered Firearm, 26 U.S.C. § 5861(d)

Original Sentence:  Prison 74 months;          Type of Supervision: Supervised Release
                    TSR - 36 months

Asst. U.S. Attorney:  Pamela J. Byerly          Date Supervision Commenced: March 19, 2013

Defense Attorney:  Roger Peven          Date Supervision Expires: March 18, 2016

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
|  | **Supporting Evidence**: On January 9, 2014, the undersigned officer left a message directing Mr. Blocker to report to the U.S. Probation Office by 3 p.m.  To date, Mr. Blocker has failed to report to the probation office as directed.  His current whereabouts are unknown. |
| 2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability.  You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
|  | **Supporting Evidence**: On January 8 and 9, 2014, Mr. Blocker failed to attend substance abuse counseling at ADEPT as scheduled. |

Prob12C
**Re: Blocker, David B**
**January 10, 2014**
**Page 2**

      3      **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence**: Mr. Blocker failed to report for urinalysis testing as directed on January 8, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/10/2014

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/10/2014

Date