PROB 12C
(7/93)

Report Date: March 21, 2014

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David B. Blocker   Case Number: 2:06CR00118-001

Address of Offender: ▮▮▮▮▮▮▮▮   Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: January 22, 2008

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924; Possession of Unregistered Firearm, 26 U.S.C. § 5861(d)

Original Sentence: Prison - 74 months   Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney: George J.C. Jacobs, III   Date Supervision Commenced: March 12, 2014

Defense Attorney: Amy Rubin   Date Supervision Expires: January 11, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: David Blocker violated the conditions of his supervised release in Spokane, Washington, on March 20, 2014, by failing to notify his probation officer at least 10 days prior to changing his residence. On March 21, 2014, collateral contact with the Victory Outreach house manager confirmed the offender aborted the program at approximately 1400 hours on March 20, 2014. Prior to departing, the offender asked the house manager to give him 24 hours before notifying the assigned U.S. probation officer. David Blocker is considered an absconder from supervision at this time. |
| 2 | **Special Condition # 20**: You shall participate and successfully complete the Victory Outreach Program. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervision officer.<br><br>**Supporting Evidence**: David Blocker violated the conditions of his supervised release in Spokane, Washington, on March 20, 2014, by failing to successfully complete the Victory Outreach Program as directed by the Court. |

Prob12C
**Re: Blocker, David B**
**March 21, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/21/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

s/ Fred Van Sickle

Signature of Judicial Officer

3/21/14

Date