PROB 12C
(7/93)

Report Date: March 24, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2016

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David B. Blocker                Case Number: 0980 2:06CR00118-RMP-1

Address of Offender:                                                Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 22, 2008

Original Offense:         Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924

Original Sentence:        Prison 74 months;                Type of Supervision: Supervised Release
                          TSR - 36 months

Asst. U.S. Attorney:      George J. C. Jacobs, III         Date Supervision Commenced: February 11, 2016

Defense Attorney:         Federal Defender's Office        Date Supervision Expires: February 10, 2017

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/18/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On March 7, 2016, during Mr. Blocker's report to U.S. Probation, he was directed in person to again report to the U.S. Probation Office on March 21, 2016. Mr. Blocker failed to report as directed. |
| 5 | **Special Condition # 16**: You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.<br><br>**Supporting Evidence**: On March 22, 2016, the undersigned officer was able to staff Mr. Blocker's case with his mental health treatment provider Mr. Robert Shepard. It should be noted that Mr. Blocker did previously complete his mental health assessment with the provider on February 20, 2016, resulting in a recommendation that Mr. Blocker participate in mental health treatment at a rate of two times per month. |

Mr. Shepard indicated that Mr. Blocker was recently scheduled for his fist mental health session on Thursday, March 17, 2016; however, Mr. Shepard indicated that Mr. Blocker failed to show for the appointment. Mr. Shepard stated that he was able to make telephonic contact with Mr. Blocker, who indicated that he had forgotten about the appointment. The parties were able to schedule a new agreed upon appointment for Saturday, March 19, 2016; however, Mr. Blocker again failed to show for the appointment. Mr. Shepard indicated that at no time has Mr. Blocker contacted him to explain the missed appointment, or to schedule a new session. Mr. Shepard indicated that Mr. Blocker is currently out of compliance with his mental health treatment requirements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3/24/2016

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

3/24/2016

Date