PROB 12C
(7/93)

Report Date: April 1, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David B Blocker | Case Number: 0980 2:06CR00118-RMP-1 |
| Address of Offender: | Spokane, Washington 99208 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 22, 2008

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 74 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: February 11, 2016 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: February 10, 2017 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/18/2016 and 03/24/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On March 30, 2016, the undersigned officer received a police report in reference to Mr. Blocker alleging new criminal conduct while on supervised release. Included with the report was a Spokane Police Department Charging Request and Affidavit of Facts, requesting that Mr. David Blocker be charged with second degree assault, DV and second degree malicious mischief, DV.

The documentation indicates that on March 29, 2016, law enforcement was dispatched to investigate an alleged incident of domestic violence. Upon arrival, the identified victim was standing next to her vehicle. The victim indicated that her tires had been slashed, and law enforcement determined that the marks on the tires were consistent with this report. The officer also identified bruising on the victim, specifically on her arm, and jaw.

The report further documents that based on witness testimony, on March 27, 2016, Mr. David Blocker was present with the victim at which time he became angry, grabbing the victim and pushing her down. The report then indicates that Mr. Blocker stood over the

victim, grabbed her shirt with two hands, and "slammed" her against the floor. Once the victim stood up, Mr. Blocker is alleged to have grabbed the victim by the chin, at which point his hand slid down to the victim's throat, rendering the victim unable to breathe or speak.

It should be noted that second degree assault is a Class B Felony, as noted under Washington State Law RCW 9A.36.021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 1, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

4/1/2016

Date